ORIGINAL 

James E. McMillan 3rd
Pro Se
1996 Nostrand Ave
Brooklyn, NY 11210
E: rentisto@aol.com
T: (347) 715-3360

June 20, 2012

Hon. John Gleeson
United States District Judge,
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY

      Re: **McMillan v. N.Y. State Bd. Of Elections**
          E.D.N.Y.   12 Civ. 302   (JG) (VVP)

Your Honor:

    (EAC) Election Assistance Commission – Formal Investigation Report issued on December 11th, 2011 Ballot Certification is what the Rent Is 2 Damn High Party is seeking. I initial ask the Court in my complaint for a recount but that was before I uncovered evidence that the New York State Board of Elections had committed a covered up.

    The experts at the (EAC) Election Assistance Commission made it clear, there was a problem with the DS200 Optical Scanning Voting Machine in the 2010 gubernatorial election where there were votes that were not counted, and basic upon those finding the Court should grant the "Rent Is 2 Damn High Party" Ballot Access for the 2012 Election with no questions asked.

    After observing the way "RENT IS 2 DAMN HIGH" is position on the ballot the word "HIGH" is position in a "**NO Print Zone**". Meaning it is possible many votes for the "Rent Is 2 Damn High Party" were not counted.

    I, Jimmy McMillan is seeking Ballot access. It is not too late to appoint some one to run for public office representing the "Rent Is 2 Damn High Party" in all 50 states. I ask the court to expedite its decision on this matter.

(2)

**RESONABLE DOUBT**

In the U.S. Election Assistance Commission Formal Report
Election System and Software Unity 3.2.0.0.
EAC Certification Number: ESSUNITY 3200
Issued on December 11, 2011

The DS200 Scanning Voting Machine used in the 2010 Gubernatorial Election in (52) Fifty Two Counties in New York State was not working properly casting reasonable doubt that the Rent Is 2 Damn High Party got more voted than was reported. The DS200 Scanning Voting Machine should have not been used, and upon the information in that report I have already given to the Court should grant the Rent Is 2 Damn High Party motion of ballot access for the next (4) Four years.

The New York State Board of Elections Officials knew this voting machine wasn't working properly - but they turn there heads and looked the other way.

Respectfully.

James E. McMillan, Pro Se

Cc:  State of New York Attorney General
     Special Litigation Counsel
     C/O Joel Graber
     120 B-way
     NYC 10271-0332