

10 Counties

Albany, Bronx, Erie, Kings, Nassau, New York, Queens, Richman, Rockland, Schenectady

DS200 Optical Scanning Voting Machine